UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB A. JOHNSTON,

           Plaintiff,

  v.

JAMIE ISAAK,

           Defendant.

CASE NO. 3:24-cv-05270-RAJ-BAT

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS**

Plaintiff is a prisoner proceeding *pro se* in this civil rights action. The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, hereby finds and ORDERS as follows:

(1) The Court GRANTS plaintiff's application to proceed *in forma pauperis* (Dkt. 6).

(2) Pursuant to 28 U.S.C. § 1915, and plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of the above-named plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of the greater of either: (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the Clerk of Court as soon as practicable.

1  Subsequently, if the prisoner's account exceeds $10.00, each month the agency having
2  custody of the prisoner is directed to collect and forward payments equal to 20 percent of the
3  prisoner's preceding month's income credited to the prisoner's account.  If the monthly payment
4  would reduce the prisoner's account below $10.00, the agency should collect and forward only
5  that amount which would reduce the prisoner's account to the $10.00 level.  Please note that this
6  $10.00 limit does not apply to the initial partial filing fee described above.  Finally, the monthly
7  payments should be collected and forwarded to the Court until the entire filing fee ($350.00) for
8  this matter has been paid.

9  (3)  The Clerk is directed to send a copy of this Order to plaintiff, to the financial
10  officer of this Court, and to the agency having custody of plaintiff.

11  DATED this 9th day of May, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

15  e

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS AND DIRECTING INSTITUTION TO
CALCULATE, COLLECT, AND FORWARD PAYMENTS - 2