UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB A. JOHNSTON,

             Plaintiff,

  v.

JAMIE ISAAK,

             Defendant.

CASE NO. 3:24-cv-05270-RAJ-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, all objections or responses, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.
    (2)    The case is dismissed with prejudice.
    (3)    The Clerk is directed to send a copy of this Order to Plaintiff.

Dated this 7th day of June, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1